# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0386
Lower Tribunal Nos. CF22-000639-XX, CF17-008374-XX, CF22-007214-XX,
CF21-002781-XX, CF22-008798-XX, and CF17-000158-XX

_____

RICHARD MCDERMOTT

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Cassandra L. Denmark, Judge.

February 28, 2025

PER CURIAM.

Richard McDermott appeals the trial court's summary denial of his motion for postconviction relief under Florida Rule of Criminal Procedure 3.850. Regarding Ground Three, alleging a failure to timely communicate a favorable plea offer and acceptance, this Court reverses the summary denial and remands for an evidentiary hearing related to the same. *See* Fla. R. Crim. P. 3.850(f)(8). This Court affirms as to all other grounds and issues raised.

AFFIRMED in part, REVERSED in part, and REMANDED for further proceedings.

TRAVER, C.J., and NARDELLA and SMITH, JJ., concur.

Richard McDermott, Avon Park, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED